IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 07- 97- UNA |
| | ) | |
| PAUL JOSEPH BENOIT, JR., | ) | |
| | ) | SEALED |
| Defendant. | ) | |

## MOTION AND ORDER TO SEAL INDICTMENT AND FILE

The United States of America, by and through its attorneys, Colm F. Connolly, United States

Attorney for the District of Delaware and Edmond Falgowski, Assistant United States Attorney for the

District of Delaware, moves that the Indictment and File in this case be sealed until the arrest and

apprehension of defendant Paul Joseph Benoit, Jr.



FILED

JUN 2 6 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

COLM F. CONNOLLY
United States Attorney

By: _Christopher J. Burke_
for Edmond Falgowski
Assistant United States Attorney

Dated: June 26, 2007

AND NOW, to wit, this 26 day of June , 2007, upon the foregoing Motion,

IT IS HEREBY ORDERED that the Indictment and File in the above-captioned case be sealed until

the arrest and apprehension of Paul Joseph Benoit, Jr.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge