IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE



| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal Action No. 07- 97-UNA |
| PAUL JOSEPH BENOIT, JR., | ) |
| Defendant. | ) |

**INDICTMENT**

FILED
JUN 2 6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

The Grand Jury for the District of Delaware charges that:

**Count 1**

On or about November 19, 2006, in the District of Delaware, Paul Joseph Benoit, Jr., the defendant, knowingly received and attempted to receive child pornography, that is, computer generated visual depictions in the form of computer files which are of minors engaged in sexually explicit conduct, which child pornography had been transported in interstate and foreign commerce by computer, in violation of Title 18, United States Code, Section 2252A(a)(2) and (b)(1).

A TRUE BILL:

_____
Foreman

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: June 26, 2007