## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Criminal Action No. 07-97-UNA ) |
| PAUL JOSEPH BENOIT, JR., | ) **FILED UNDER SEAL** ) |
| Defendant. | ) ) |

### MOTION FOR DETENTION HEARING

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves (**check all that apply**):

    __X__ Crime of violence (18 U.S.C. § 3156)

    _____ Maximum sentence life imprisonment or death

    _____ 10+ year drug offense

    _____ Felony, with two prior convictions in above categories

    __X__ Minor victim

    _____ Possession/ use of firearm, destructive device or other dangerous weapon

    _____ Failure to register under 18 U.S.C. § 2250

    __X__ Serious risk defendant will flee

    _____ Serious risk obstruction of justice

```
FILED

JUL - 2 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

    __X__ Defendant's appearance as required

    __X__ Safety of any other person and the community

3. **Rebuttable Presumption**.  The United States WILL invoke the rebuttable presumption against defendant under § 3142(e).  (If yes) The presumption applies because (**check one or both**):

   _X_ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c), or a federal crime of terrorism, or a specified offense (violation of 18 U.S.C. § 2252A(a)(2)) with minor victim

   ___ Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**.  The United States requests the court conduct the detention hearing,

   ___ At first appearance

   _X_ After continuance of _3_ days (not more than 3).

5. **Temporary Detention**.  The United States requests the temporary detention of the defendant for a period of _____days (not more than 10) so that the appropriate officials can be notified since (**check 1 or 2, and 3**):

   1. At the time the offense was committed the defendant was:

      ____ (a) on release pending trial for a felony;

      ____ (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

      ____ (c) on probation or parole for an offense.

   ____ 2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

   ____ 3. The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

DATED this ___2nd___ day of ___July_____ 2007.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _Christopher J. Burke_____
Christopher J. Burke
Assistant United States Attorney