UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | CASE NO. 07-97 SLR |
| vs. | ) | |
| | ) | |
| **PAUL J. BENOIT, JR.**, | ) | |
| | ) | |
| Defendant. | ) | |

O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on  8/2/07  requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until October ___, 2007. The time between the date of this order and October ___, 2007 shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

_____
Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney



FILED
AUG - 2 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE