IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Crim. No. 07-097-SLR ) |
| PAUL J. BENOIT, JR., | ) ) |
| Defendant. | ) |

**ORDER**

At Wilmington this _11th_ day of October, 2007, having been advised by counsel that defendant intends to enter a plea of guilty to the information filed against him;

IT IS ORDERED that a plea hearing is scheduled for **Monday, November 5, 2007** at **4:30 p.m.** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

_____
United States District Judge