*Filed in open court*
*fmr 11/5/07*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 07-97-SLR |
| | ) | |
| PAUL JOSEPH BENOIT, JR., | ) | |
| | ) | |
| Defendant. | ) | |

## INFORMATION

The United States Attorney for the District of Delaware charges that:

### Count 1

On or about November 19, 2006, in the District of Delaware, Paul Joseph Benoit, Jr., the defendant, knowingly possessed computer images of child pornography, that is, visual depictions which are of minors engaged in sexually explicit conduct, specifically, the lascivious exhibition of the genitals and pubic area, which child pornography had been transported in interstate and foreign commerce and which had been produced using materials which had been transported in interstate commerce, in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: 11-5-07